UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 08-7446 PSG (CTx) | Date | December 10, 2008 |
|---|---|---|---|
| Title | James Cundari v. Wal-mart Stores, Inc. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):    Attorneys Present for Defendant(s):

Not Present    Not Present

**Proceedings:** **(In Chambers) REMAND Order**

      Defendant removed this action to this Court on November 12, 2008. The Court issued an Order to Show Cause Re: Remand ("OSC") on November 19, 2008. Defendant's response to the OSC is insufficient; in particular, Defendant addressed only one of the relevant *Industrial Tectonics, Inc.* factors. *See* 912 F.2d 1090, 1094 (9th Cir. 1990). Because Defendant has failed to provide adequate evidence establishing that its principal place of business is Arkansas, the Court is unable to conclude that diversity jurisdiction exists. Accordingly, this action is hereby REMANDED.

      **IT IS SO ORDERED.**